Filed 5/21/26  P. v. Martinez CA2/6

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

|  |  |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>BENNY CONCEPCION MARTINEZ,<br><br>    Defendant and Appellant. | 2d Crim. No. B347806<br>(Super. Ct. No. 2024032973)<br>(Ventura County) |

Benny Concepcion Martinez appeals after he was convicted by jury of grand theft.  (Pen. Code, § 487, subd. (a).)  The trial court found true four special allegations pursuant to California Rules of Court, rule 4.421.  It sentenced appellant to the high term of three years in county jail.

We appointed counsel to represent appellant in this appeal. After an examination of the record, counsel filed an opening brief that raises no arguable issues.  On March 4, 2026, we notified appellant by mail that he had 30 days within which to personally submit any contentions or issues he wished us to consider.  The

30 days have since passed, and appellant has not presented any contentions or issues for our consideration.

The evidence at trial showed that appellant went to the Home Depot, placed several high-priced electrical items worth more than $950 in his cart, then tried to leave the store through an emergency exit without paying. An asset protection specialist who witnessed the theft grabbed the shopping cart and appellant's backpack and called police. Appellant insisted that he never left the store. When police asked why he left through the emergency exit, appellant could not explain and stated only that he thought he was being followed by loss prevention.

We have reviewed the entire record and are satisfied that appellant's counsel has fully complied with her responsibilities and that no arguable issue exists. (*People v. Wende* (1979) 25 Cal.3d 436.)

*Disposition*

The judgment is affirmed.
NOT TO BE PUBLISHED.


                                        YEGAN, Acting P. J.

We concur:



            BALTODANO, J.



            CODY, J.

2

Ethel R. Hernandez, Judge
Superior Court County of Ventura

_____

Sarah M. Javaheri, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Respondent.